IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  No. 12-cv-0158 SMV/LFG

DOUBLE EAGLE SAND & GRAVEL LLC,

    Defendant.

## ORDER TO FILE CLOSING DOCUMENTS

THIS MATTER is before the Court on the parties' Settlement Agreement and Stipulated Final Order [Doc. 12], entered on the record on March 14, 2013. In the Settlement Agreement, Defendant indicated that it would make payment to Plaintiff by March 28, 2013. *See id.* at ¶ 21. Upon payment, Plaintiff agreed to dismiss the action with prejudice. *Id.* at ¶ 28. To date, no closing documents have been filed.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that closing documents shall be filed no later than **April 30, 2013**, absent a request for a status conference to explain the delay.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**