IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

    v.        No.  12-cv-158 SMV/LFG

DOUBLE EAGLE SAND AND GRAVEL LLC,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

THIS MATTER is before the Court upon the United States' Unopposed Motion to Dismiss With Prejudice [Doc. 14].   The Court, being fully advised in the premises, finds that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the United States' Unopposed Motion to Dismiss With Prejudice [Doc. 14] is **GRANTED** and that this action is **DISMISSED with prejudice**.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**